Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
900 Lafayette Street, Suite 509
Santa Clara, CA 95050
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Alan Heimlich (SBN 213390)
HEIMLICH LAW
900 Lafayette St., Ste 509
Santa Clara, CA 95050
Tel: (408)253-3860
Fax: (408)257-9904
Eml: alanheimlich@heimlichlaw.com

Attorneys for Plaintiff
NEXSALES CORPORATION

DYLAN J. LIDDIARD, State Bar No. 203055
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: dliddiard@wsgr.com;aweibell@wsgr.com

Attorneys for Defendant
SALEBUILD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXSALES CORPORATION,<br><br>               Plaintiff,<br>  vs.<br><br>SALEBUILD, INC., and DOES 1-100, INCLUSIVE,<br><br>               Defendants. | Case No. C 11-3915 EMC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement reached on or about April 5, 2012 by and between the parties, NexSales Corporation, Plaintiff and Salebuild, Inc., Defendant, to the above-entitled action which is reflected in a written

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

settlement agreement, by and through their counsel of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE. The parties further stipulate that each of the parties shall bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement.

   IT IS SO STIPULATED.

               Respectfully submitted,

DATE: 04/09/2012      LAW OFFICES OF NICHOLAS D. HEIMLICH

               By __/s/ Nick Heimlich_____
                 Nick Heimlich

               Attorneys for Plaintiff NexSales Corporation

DATE: 04/09/2012      HEIMLICH LAW

               By_____/s/ Alan Heimlich_____
                 Alan Heimlich

               Attorneys for Plaintiff NexSales Corporation

DATE:  04/09/2012      WILSON SONSINI GOODRICH & ROSATI

               By __/s/ Anthony Weibell_____
               Anthony Weibell (signed by Nick Heimlich per email authorization dated 04/09/2012)

               Attorneys for Defendant Salebuild, Inc.

_____
 STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 **ORDER**

2  Plaintiff NexSales Corporation, and Salebuild, Inc., Defendant, being all of the parties of

3 record in this action, having reached a settlement which is reflected in a written settlement

4 agreement as stated by the parties through their counsel, and having stipulated by and through

5 their counsel of record, and the Court having accepted the stipulation of the parties,

6  IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby is,

7 DISMISSED WITH PREJUDICE.

8  IT IS FURTHER ORDERED that each of the parties shall bear its own attorneys' fees and

9 costs.

10

11  IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the

12 settlement.

13  IT IS SO ORDERED.

14 Dated:    4/10/12



_____

UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE